# EXHIBIT B

HCDistrictclerk.com    MOSELY, CHARLES vs. RCF 2 ACQISTION TRUST U S BANKI U S BANK    7/9/2025

Cause: 202544269    CDI: 7    Court: 165

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| File Date | 6/26/2025 |
| Case (Cause) Location | |
| Case (Cause) Status | Active - Civil |
| Case (Cause) Type | SWORN ACCOUNT |
| Next/Last Setting Date | 7/10/2025 |
| Jury Fee Paid Date | N/A |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| Court | 165th |
| Address | 201 CAROLINE (Floor: 12) HOUSTON, TX 77002 Phone:8329272365 |
| JudgeName | BRUCE W. BAIN |
| Court Type | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| MOSELY, CHARLES        P O BOX 450662, HOUSTON, TX 77245 | PLAINTIFF - CIVIL | | |
| RCF 2 ACQISTION TRUST U S BANKI U S BANK | DEFENDANT - CIVIL | | |
| SELENE FINANCE LP | DEFENDANT - CIVIL | | |
| CODILS & MOODY P C | DEFENDANT - CIVIL | | |
| CODILS & MOODY P C MAY BE SERVED BY SERVING ITS REGISTERED AGENT | REGISTERED AGENT | | |

## INACTIVE PARTIES
No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume/Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 6/30/2025 | TRANSFERRED TO HARRIS COUNTY DISTRICT COURT | | | 0 | | | |
| 6/30/2025 | TRANSFERRED TO ANOTHER HARRIS COUNTY DISTRICT COURT | | | 0 | | | |
| 6/30/2025 | ORDER SIGNED SETTING HEARING | 6/30/2025 | | 3 | | | |
| 6/30/2025 | EVIDENCE PRESENTED (BENCH HEARING) | | | 0 | | | |
| 6/30/2025 | APPEARANCE ON TEMPORARY INJ OR TEMPORARY RESTRAINING ORD | | | 0 | | | |
| 6/30/2025 | HEARING HELD FOR ANOTHER COURT | | | 0 | | | |
| 6/30/2025 | ORDER SIGNED GRANTING TEMPORARY RESTRAINING ORDER | 6/30/2025 | | 3 | | | |
| 6/30/2025 | BENCH HEARING ASSIGNED | | | 0 | | | |
| 6/30/2025 | ORDER SETTING BOND SIGNED | 6/30/2025 | | 3 | | | |
| 6/30/2025 | ORDER TRANSFERRING CASE TO ANOTHER DISTRICT COURT SIGNED | 6/30/2025 | | 1 | | | |
| 6/27/2025 | SECOND AMENDED ORIGINAL PETITION | | | 0 | | | MOSELY, CHARLES |
| 6/26/2025 | ORIGINAL PETITION | | | 0 | | | MOSELY, CHARLES |
| 6/26/2025 | FIRST AMENDED ORIGINAL PETITION | | | 0 | | | MOSELY, CHARLES |

## SETTINGS

| Date | Court | Post Jdgm | Docket Type | Reason | Results | Comments | Requesting Party |
|---|---|---|---|---|---|---|---|
| 7/10/2025 10:00 AM | 165 | | Law Day Docket | TEMPORARY INJUNCTION (MOTION FOR) | | | |
| 6/30/2025 12:30 PM | 281 | | Ancillary Docket | TEMPORARY RESTRAINING ORDER (MOTION FOR) | Tried | GRANTED O/S 6/30/2025 | |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | | CODILS & MOODY P C MAY BE SERVED BY SERVING ITS REGISTERED AGENT | 6/26/2025 | 6/26/2025 | | | | 74500471 | CONST 1 ALAN ROSEN |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 121327190 | ORDER TRANSFERRING CASE TO ANOTHER DISTRICT COURT SIGNED | | 06/30/2025 | 1 |
| 121329546 | ORDER SETTING BOND SIGNED | | 06/30/2025 | 3 |
| | ORDER SIGNED GRANTING TEMPORARY RESTRAINING ORDER | | 06/30/2025 | |
| | ORDER SIGNED SETTING HEARING | | 06/30/2025 | |
| 121410776 | Clerks Certificate Of Cash Deposit In Lieu Of Injunction Bond Per Order Of The Court | | 06/30/2025 | 1 |
| 121296360 | Plaintiff's Second Amended Petition and Application for Temporary Restraining Order, Temporary Injunction, and Permanent Injunction | | 06/27/2025 | 10 |
| ·> 121296362 | Exhibit A | | 06/27/2025 | 3 |
| ·> 121296363 | Exhibit B | | 06/27/2025 | 2 |
| ·> 121325884 | Exhibit C | | 06/27/2025 | 4 |
| ·> 121296365 | Exhibit D | | 06/27/2025 | 6 |
| ·> 121296366 | Exhibit E | | 06/27/2025 | 18 |
| ·> 121296367 | Exhibit F | | 06/27/2025 | 4 |
| ·> 121296361 | Proposed Temporary Restraining Order and Order Setting Hearing on Application for Temporary Injunction | | 06/27/2025 | 3 |
| 121260624 | Plaintiffs Petition and Application for Temporary Restraining Order, Temporary Injunction and | | 06/26/2025 | 11 |
| ·> 121260626 | Exhibit A | | 06/26/2025 | 7 |
| ·> 121260628 | Exhibit B | | 06/26/2025 | 6 |
| ·> 121260630 | Exhibit C | | 06/26/2025 | 4 |
| ·> 121260633 | Exhibit D | | 06/26/2025 | 5 |
| ·> 121260635 | Exhibit E | | 06/26/2025 | 4 |
| ·> 121260637 | Exhibit F | | 06/26/2025 | 2 |
| ·> 121260639 | Exhibit G | | 06/26/2025 | 2 |
| ·> 121260640 | Exhibit H | | 06/26/2025 | 4 |
| ·> 121260641 | Exhibit I | | 06/26/2025 | 5 |
| ·> 121260642 | Exhibit J | | 06/26/2025 | 19 |
| ·> 121260643 | Exhibit K | | 06/26/2025 | 4 |
| ·> 121260644 | Proposed Temporary Restraining Order and Order Setting Hearing on Application for Temporary Injunction | | 06/26/2025 | 2 |
| ·> 121260645 | Request for Issuance of Service | | 06/26/2025 | 1 |
| 121260647 | Affidavit of Charles Mosely | | 06/26/2025 | 2 |
| 121272582 | Plaintiffs Amended Original Petition and Application for Temporary Restraining Order, Temporary Injunction, and Permanent Injunction / Proposed Temporary Restraining Order and Order Setting Hearing on Application for Temporary Injunction | | 06/26/2025 | 11 |
| ·> 121272587 | Exhibit A | | 06/26/2025 | 3 |
| ·> 121272589 | Exhibit B | | 06/26/2025 | 2 |
| ·> 121272591 | Exhibit C | | 06/26/2025 | 2 |
| ·> 121272597 | Exhibit D | | 06/26/2025 | 5 |
| ·> 121272606 | Exhibit E | | 06/26/2025 | 2 |
| ·> 121272609 | Exhibit F | | 06/26/2025 | 18 |
| ·> 121272613 | Exhibit G | | 06/26/2025 | 4 |

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| ·> 121272610 | Exhibit K | | 06/26/2025 | 1 |
| ·> 121272583 | Exhibit List | | 06/26/2025 | 1 |