# EXHIBIT C-4

**FILED**
Marilyn Burgess
District Clerk

JUN 27 2025

Time: 1:37 pm
Harris County, Texas
By: JH
Deputy

p.3

Cause No. 2025-44269

| | | |
|---|---|---|
| Charles Mosely, | § | IN THE DISTRICT COURT |
| PLAINTIFF, | § | |
| | § | OF HARRIS COUNTY |
| vs. | § | TEXAS |
| | § | |
| RCF 2 ACQUISITION TRUST, U. S. BANK TRUST NATIONAL ASSOCIATION SELENE FINANCE LP AND CODILS & MOODY, P.C, | § § § | _____ JUDICIAL DISTRICT |
| DEFENDANT, | | |

**TEMPORARY RESTRAINING ORDER AND ORDER SETTING HEARING ON APPLICATION FOR TEMPORARY INJUNCTION**

10

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

On this day, the Court considered the Verified Application for Temporary Restraining Order and Injunction filed by Plaintiff, Charles Mosely, in the above-styled and numbered cause.

The Court finds that Plaintiff has shown a probable right to the relief sought and that immediate and irreparable harm will result unless a Temporary Restraining Order is granted. The Court is of the opinion that the relief requested should be GRANTED.

**IT IS THEREFORE ORDERED THAT:**

1. **Defendant RCF 2 ACQUISITION TRUST, U. S. BANK TRUST NATIONAL ASSOCITION SELENE FINANCE LP AND CODILS & MOODY, P.C,**

    is hereby restrained and enjoined from directly or indirectly:

    - Interfering with Plaintiff's rights on the property located at 3005 Nita Street, Houston, Harris County, Texas 77051;
    - Transferring, selling, encumbering, or otherwise disposing of any interest in the above-referenced property;
    - Damaging, destroying, or removing any improvements or fixtures from the property.

2. This Temporary Restraining Order is effective immediately and shall remain in force for **14 days**, unless extended by further order of the Court or by agreement of the parties as allowed by law.

3. The Clerk of this Court shall issue notice to the Defendant to appear and show cause, if any, why a Temporary Injunction should not be granted.

11

4. A hearing on the Application for Temporary Injunction is set for:

   Date: July 10, 2025

   Time: 10:00 AM

   Location: 165th District Court, Harris County Civil Courthouse.

5. Plaintiff shall post bond in the amount of $100.00, as required by law, before this Order becomes effective.

SIGNED this ___ day of _____, 2025, at _____ a.m./p.m.

Signed:
6/30/2025
1:25 PM  *[signature]*

JUDGE PRESIDING
___th Judicial District Court
Harris County, Texas

**EXHIBITS**

- Exhibit A – Aventus Insurance Letter (Policy #WRA 000048057-5)
- Exhibit B – Aventus Insurance Letter (Policy #WRA 000048057-4)
- Exhibit C – Southern Vanguard Recission Letter (Policy #TXHPI 5001760-02)
- Exhibit D – Texas FAIR Plan Letters (2012–2015 Coverage)
- Exhibit E - Deed of Trust
- Exhibit F - Notice Of Acceleration And Notice Of Posting & Foreclosure

12