# EXHIBIT C-5

Cause No. 202544269

| | |
|---|---|
| MOSELY, CHARLES | IN THE DISTRICT COURTS OF |
| V. | HARRIS COUNTY, TEXAS |
| RCF 2 ACQISTION TRUST U S BANKI | |
| U S BANK | 295 JUDICIAL DISTRICT |

TRANSFER ORDER

It is ORDERED that the Harris County District Clerk transfer the above styled and numbered cause from the 295 District Court to the 165 District Court.

SIGNED Monday, June 30, 2025

_____
HON. Lauren Reeder
ADMINISTRATIVE JUDGE
CIVIL TRIAL DIVISION

Attraction Cause Number 202433604

MOSELY, CHARLES

v.

RCF ACQUISITION TRUST U S BANK TRUST NATIONAL ASSO

File Court 165

JUDGMENT DATE:                    JUDGMENT TYPE: ATTR_JUDGMENT_TYPE

CASE TYPE: Expedited Foreclosure Proceeding

Unofficial Copy Office of Marilyn Burgess District Clerk