# EXHIBIT D

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **CHARLES MOSELY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **Case No. 4:25-cv-3195** |
| | § | |
| **RCF 2 ACQUISITION TRUST,** | § | |
| **U.S. BANK TRUST NATIONAL** | § | |
| **ASSOCIATION SELENE FINANCE** | § | |
| **LP AND CODILS & MOODY, P.C.,** | § | |
| | § | |
| **Defendants.** | § | |

---

## LIST OF ALL COUNSEL OF RECORD

Pursuant to Local Rule 81, Defendants U.S. Bank Trust National Association, not in its Individual Capacity but Solely as Owner Trustee for RCF 2 Acquisition Trust and Selene Finance LP present the following list of all counsel of record:

**<u>Plaintiff</u>:**                                        **<u>Plaintiff's Counsel</u>:**

Charles Mosely                                      **Charles Mosely, Pro Se**
                                                              P.O. Box 450662
                                                              Houston, Texas 77245


**<u>Defendant</u>:**

Codils [sic] & Moody, P.C.                       No Answer filed yet

<u>**Defendants:**</u>

U.S. Bank Trust National Association, not in its
Individual Capacity but Solely as Owner Trustee
for RCF 2 Acquisition Trust

Selene Finance LP

<u>**Defendants' Counsel:**</u>

**Jason L. Sanders**
  Southern I.D. No. 597751
  Texas Bar No. 24037428
  jsanders@sanderscollins.com
  (214) 894-9981 Direct
  (214) 499-7709 Cell
**Matthew H. Davis**
  Southern I.D. No. 1124612
  Texas Bar No. 24069580
  mdavis@sanderscollins.com
  (214) 894-9985 Direct
  (713) 471-6868 Cell
**Caroline E. Allen**
  Southern I.D. No. 3708027
  Texas Bar No. 24121320
  callen@sanderscollins.com
  (214) 894-9982 Direct
  (575) 808-3206 Cell

SANDERS COLLINS PLLC
6301 Gaston Ave., Suite 1121
Dallas, Texas 75214
Main Telephone: (214) 894-9980
Facsimile: (214) 242-3004