IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CHARLES MOSELY,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| vs. § | Case No. 4:25-cv-3195 |
| § | |
| **RCF 2 ACQUISITION TRUST,** § | |
| **U.S. BANK TRUST NATIONAL** § | |
| **ASSOCIATION SELENE FINANCE** § | |
| **LP AND CODILS & MOODY, P.C.,** § | |
| § | |
| **Defendants.** § | |

### DEFENDANTS' CORPORATE DISCLOSURE AND RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants U.S. Bank Trust National Association, not in its Individual Capacity but Solely as Owner Trustee for RCF 2 Acquisition Trust ("Trustee") and Selene Finance LP ("Selene") file their Corporate Disclosure Statement as follows:

Trustee is a wholly-owned subsidiary of U.S. Bancorp, which is a publicly-traded company. No publicly held company other than U.S. Bancorp owns 10% or more of its stock.

Selene is a Limited Partnership. Selene Finance LP's general partner is Selene Ventures GP, LLC, and its sole limited partner is Selene Ventures, LLC. Selene Ventures, LLC is wholly owned by Selene Holdings, LLC. Selene Holdings, LLC is wholly owned by Mortgage Solutions Holdings, LLC. Mortgage Solutions Holdings, LLC is wholly-owned by Pretium Partners, LLC. No publicly held company owns any interest in Pretium Partners, LLC.

Respectfully submitted,

/s/ Jason L. Sanders
_____

**Jason L. Sanders, Attorney in Charge**
  Southern I.D. No. 597751
  Texas Bar No. 24037428
  jsanders@sanderscollins.com
  (214) 894-9981 Direct
  (214) 499-7709 Cell
**Matthew H. Davis**
  Southern I.D. No. 1124612
  Texas Bar No. 24069580
  mdavis@sanderscollins.com
  (214) 894-9985 Direct
  (713) 471-6868 Cell
**Caroline E. Allen**
  Southern I.D. No. 3708027
  Texas Bar No. 24121320
  callen@sanderscollins.com
  (214) 894-9982 Direct
  (575) 808-3206 Cell
SANDERS COLLINS PLLC
6301 Gaston Ave., Suite 1121
Dallas, Texas 75214
Main Telephone: (214) 894-9980
Facsimile: (214) 242-3004
www.sanderscollins.com

**COUNSEL FOR DEFENDANTS U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST AND SELENE FINANCE LP**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon Plaintiff via U.S. Mail and Certified Mail, Return Receipt Requested pursuant to the Federal Rules of Civil Procedure on this 9th day of July, 2025.

/s/ Jason L. Sanders
_____
Counsel for Defendants

**DEFENDANTS' CORPORATE DISCLOSURE AND RULE 7.1 STATEMENT – Page 2**