IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CHARLES MOSELY,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| vs. § | Case No. 4:25-cv-3195 |
| § | |
| **RCF 2 ACQUISITION TRUST,** § | |
| **U.S. BANK TRUST NATIONAL** § | |
| **ASSOCIATION SELENE FINANCE** § | |
| **LP AND CODILS & MOODY, P.C.,** § | |
| § | |
| **Defendants.** § | |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

Defendants U.S. Bank Trust National Association, not in its Individual Capacity but Solely as Owner Trustee for RCF 2 Acquisition Trust ("Trustee") and Selene Finance LP ("Selene") (collectively, "Defendants") file their Certificate of Interested Persons and state the following persons and entities may have a financial interest in the outcome of this litigation:

1. Plaintiff Charles Mosely;

2. Defendant U.S. Bank Trust National Association, not in its Individual Capacity but Solely as Owner Trustee for RCF 2 Acquisition Trust;

3. Defendant Selene Finance LP; and

4. Colils [sic] & Moody, P.C.

Defendants reserve the right to supplement and/or amend this certificate as necessary.

Respectfully submitted,

/s/ Jason L. Sanders

**Jason L. Sanders, Attorney in Charge**
  Southern I.D. No. 597751
  Texas Bar No. 24037428
  jsanders@sanderscollins.com
  (214) 894-9981 Direct
  (214) 499-7709 Cell

**Matthew H. Davis**
  Southern I.D. No. 1124612
  Texas Bar No. 24069580
  mdavis@sanderscollins.com
  (214) 894-9985 Direct
  (713) 471-6868 Cell

**Caroline E. Allen**
  Southern I.D. No. 3708027
  Texas Bar No. 24121320
  callen@sanderscollins.com
  (214) 894-9982 Direct
  (575) 808-3206 Cell

SANDERS COLLINS PLLC
6301 Gaston Ave., Suite 1121
Dallas, Texas  75214
Main Telephone:  (214) 894-9980
Facsimile:  (214) 242-3004
www.sanderscollins.com

**COUNSEL FOR DEFENDANTS U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST AND SELENE FINANCE LP**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon Plaintiff via U.S. Mail and Certified Mail, Return Receipt Requested pursuant to the Federal Rules of Civil Procedure on this 9th day of July, 2025.

/s/ Jason L. Sanders
Counsel for Defendants

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS – Page 2**